COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION

Cause number:       01-11-00552-CV

Style:       Maxine Adams and Cecil Adams v. Rebecca Ross

Date motion filed*:       1/28/13

Type of motion:       Motion for Extension of Time

Party filing motion:       Appellants

Document to be filed:       Appellants' Brief

Is appeal accelerated?       No

If motion to extend time:

       Original due date:       2/13/13

       Number of previous extensions granted:       0       Current Due date: 2/13/13

       Date Requested:

       Appellants' motion for extension of time is granted. Within 30 days of the date of this order, the Harris County District Clerk is ordered to prepare, certify, and file a supplemental record containing (1) any items listed in Texas Rule of Appellate Procedure 34.5(a) that have not been included in previous records filed in this Court and (2) the items designated for inclusion in the record by appellee Rebecca Ross by letter February 1, 2013. The Clerk of this Court is directed to provide the post-judgment office of the Harris County District Clerk with a copy of this order. Appellants' brief will be due 30 days after the supplemental record described in this order is filed in this Court. Further requests by appellants for extensions of time will not be looked at favorably.

Judge's signature: /s/ Harvey Brown
       ☒ Acting individually       ☐ Acting for the Court

       Panel consists of_____

Date: February 12, 2013